# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-11-00023-CV

**Paul T. Morin, P.C., Appellant**

**v.**

**William C. Chambers, Appellee**

### FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-08-007651, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Paul T. Morin, P.C., has filed an "Agreed Motion for Nonsuit of Appeal" explaining that he no longer wishes to pursue the appeal. Accordingly, we grant Morin's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Rose

Dismissed on Appellant's Motion

Filed: May 18, 2011